IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: |
 | Chapter 11 Proceeding
PRESTIGE NISSAN, INC., |
 | Case No. 14-40446-KKS
Debtor; |
================================================

### DEBTOR'S CASE MANAGEMENT SUMMARY

COMES NOW THE DEBTOR, Prestige Nissan, Inc., and states the following as its Chapter 11 Case Management Summary, showing the Court as follows:

1. Description of the Debtor's Business: The Debtor is a single asset real estate entity.

2. Location(s) of Operations (leased or owned): Car dealership facility, 1630 East Jackson Street, Thomasville, Thomas County, Georgia.

3. Reason(s) for filing of the Chapter 11 petition: The real estate was being foreclosed upon because the Lessee had ceased paying lease payments to the secured creditor, which is a closely held affiliate of the Lessee.

4. List of Officers and Directors, and their respective salaries and benefits (current and one year prepetition): The owner and president of the corporation, Colby Hornsby, is the sole owner of the company. She has not received a salary in the 12 months preceding the filing of the instant Chapter 11 case.

5. Debtor's approximate gross annual revenue: $240,000.

6. Approximate amounts owed to the following classes of creditors:
    a. Priority claims for taxes and other governmental claims: $0.
    b. Secured claims, including the collateral therefore: $2,100,000; secured by mortgages against the Debtor's commercial real estate at 1630 East Jackson Street, Thomas County, Georgia, worth $3,200,000.
    c. Unsecured claims: None.

7. General description and approximate value of current and fixed assets: Commercial real estate at 1630 East Jackson Street, Thomas County, Georgia, worth $3,200,000

8. Number of employees, with amount of pre-petition wages owed: 0; $0.

9. Status of Debtor's payroll taxes and sales tax obligations: $0

10.     Anticipated emergency relief to be requested within 14 days of the petition: None.

Respectfully submitted, 7 August 2014.

                                        /s/ Allen P. Turnage
                                        Allen P. Turnage
                                        Post Office Box 15219
                                        Tallahassee FL  32317
                                        (850) 224-3231 voice
                                        (850) 224-2535 facsimile
                                        service@turnagelaw.com
                                        Florida Bar no. 993085

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon The Office of the United States Trustee, 110 East Park Avenue, Tallahassee FL  32301 by electronic service through the registry of the court.

DATED: 7 August 2014

                                        /s/ Allen P. Turnage
                                        Allen P. Turnage